# United States District Court
# For The Western District of North Carolina
# Asheville Division

JONATHAN ANTHONY LEE TORRES,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Civil Case No. 1:09cv226
(Criminal Case No. 1:06cr255)

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/8/10 Order.

Signed: June 8, 2010

Frank G. Johns, Clerk
United States District Court